258 So.2d 375

**In re STATE of Louisiana in the Interest of Roy W. BRECHEEN.**

**No. 52163.**

March 3, 1972.

In re: Roy Wilburn Brecheen applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Livingston. 256 So.2d 793.

Application denied. Relator has suffered no prejudice as the judgment is not final.

258 So.2d 375

**Willie B. BLUE**

v.

**KINNEY COMPANY, Inc.**

**No. 52175.**

March 3, 1972.

In re: Willie B. Blue applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Calcasieu. 256 So.2d 145.

Writ refused. The showing made does not warrant the granting of this writ. There is no error of law in the judgment complained of.